**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

:

:

:

THIS DOCUMENT APPLIES TO ALL LOWER
MANHATTAN DISASTER SITE LITIGATION

:

:

:

:

:

Case No.: 21 MC 102 (AKH)

(all actions identified in the table
attached hereto as exhibit H)

**CERTIFICATION**
**OF MARC D. CROWLEY**
**ON BEHALF OF DEFENDANTS**
**DEUTSCHE BANK TRUST**
**CORPORATION, DEUTSCHE**
**BANK TRUST COMPANY**
**AMERICAS, AND DB PRIVATE**
**CLIENTS CORPORATION**

MARC D. CROWLEY, of full age, hereby certifies as follows:

1.      I am an attorney-at-law of the State of New York and am counsel to the firm of

Day Pitney LLP, attorneys for defendants Deutsche Bank Trust Corporation, Deutsche Bank

Trust Company Americas, and DB Private Clients Corporation.  In that capacity, I am familiar

with the facts set forth herein.

2.      I submit this certification in opposition to the motion to transfer and/or stay of

defendants Tully Construction Co. Inc. and Tully Industries, Inc. (together, "Tully")

3.      Attached hereto as Exhibit "A" is a true and correct copy of Case Management

Order No. 3 in 21 MC 100, entered on February 10, 2005.

4.      Attorneys working under my direction have reviewed the 100 complaints that are

the subject of Tully's motion and have prepared a summary chart presenting relevant information

1

from the complaints ("Summary Chart"). A true and correct copy of the Summary Chart is attached hereto as Exhibit "B".

5.      Attached hereto as Exhibit "C" is a true and correct copy of an unnumbered Case Management Order in 21 MC 100, dated August 9, 2005.

6.      Attached hereto as Exhibit "D" is a true and correct copy of Case Management Order No. 1 in Master Docket No. 21 MC 103, dated March 28, 2007.

7.      Attached hereto as Exhibit "E" is a true and correct copy of Case Management Order No. 3 in 21 MC 102, dated March 21, 2007.

8.      Attached hereto as Exhibit "F" is a true and correct copy of relevant excerpts from the transcript of the June 15, 2007 Case Management Conference held in 21 MC 102.

9.      Attached hereto as Exhibit "G" is a true and correct copy of the August 1, 2007 joint submission to this Court concerning Tully's request to transfer the Kirk Arsenault case (Civil Action No. 04-cv-5338) from 21 MC 102 to 21 MC 100.

10.     Attached hereto as Exhibit "H" is a table identifying the actions in which this certification is filed. A copy of this table is also attached to the memorandum of law submitted herewith.

11.     Robin Wertheimer, Esq., counsel for plaintiffs Kirk Arsenault and Steven Zablocki, has represented to me that her clients were employed by Tully's subcontractor, Manafort Brothers, as steel cutters.

3

I certify under penalty of perjury that the foregoing is true and correct.


Executed on: August 15, 2007

_____
MARC D. CROWLEY