UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

21 MC 102 (AKH)

IN RE LOWER MANHATTAN DISASTER
SITE LITIGATION

ANDRZEJ LASICA AND EWELINA
LASICA,

DOCKET NUMBER:  (AKH) 07CV4480

                              Plaintiffs,

NOTICE OF ADOPTION OF
ANSWER TO MASTER COMPLAINT OF
TISHMAN INTERIORS CORPORATION

        -against-

TISHMAN INTERIORS CORPORATION,
et al.
                              Defendants.

Defendant Tishman Interiors Corporation hereby adopts as its Answer in the instant case its Answer and Defenses to Plaintiffs' Master Complaint in this litigation which were filed and served on August 3, 2007.  In accordance with Case Management Order No. 4, the allegations of the instant Check-Off Complaint are deemed to be denied.  By way of further answer, Tishman Interiors Corporation also incorporates by reference all averments and denials of its Answer and Defenses to the Master Complaint as though same were more fully set forth herein at length.

Dated:  New York, New York
        September 17, 2007

COZEN O'CONNOR

By:_____
    James F. Desmond, Jr., Esquire (JD-8941)
    45 Broadway Atrium, Suite 1600
    New York, New York 10006
    (212) 509-9400
    Attorneys for Defendant
    Tishman Interiors Corporation

## CERTIFICATE OF SERVICE

I, JAMES F. DESMOND, JR., hereby certify that a true and correct copy of Defendant

Tishman Interiors Corporation's Notice of Adoption of Answer and Defenses to Master

Complaint was served this __17__ th day of September, 2007, via ECF upon the following:

Gregory J. Cannata, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Robert Grochow, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Christopher R. LoPalo, Esquire
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway – 12th Floor
New York, New York  10006

Richard Williamson, Esquire
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, New York 10006

James Tyrell, Esquire
Patton Boggs, L.L.P.
One Riverfront Plaza, 6th Floor
Newark, N.J. 07102

Andrew Carboy, Esquire
Sullivan, Papain, Block,
McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271

Peter Wies, Esquire
The City of New York Law Department
World Trade Center Unit
100 Church Street
New York, NY  10007

James F. Desmond, Jr.