William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                 21 MC 102 (AKH)

_____X

ANDRZEJ LASICA (AND WIFE, EWELINA
LASICA)
                                                   NOTICE OF THE
                                                   BROOKFIELD
                            V.                     PARTIES' ADOPTION OF
                                                   AMENDED ANSWER
                                                   TO MASTER
                                                   COMPLAINT

ALAN KASMAN DBA KASCO, ET. AL.,
                                                   CASE NUMBER: (AKH)
                                                   07 CV 4480
_____X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P. and WFP Tower B Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
     October 30 2007

                Faust, Goetz, Schenker & Blee, LLP

                By: William J. Smith (WJS-9137)
                Attorneys for the Brookfield Parties
                Two Rector Street, 20th Floor
                New York, NY 10006
                (212) 363-6900